IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

FELIPE MAGANA,                    )        8:07CV487
                                  )
            Plaintiff,            )          ORDER
                                  )
      vs.                         )
                                  )
TYSON FRESH MEATS, INC.           )
                                  )
            Defendant.            )
_____)

        This matter is before the Court after receipt of the
report of parties' planning conference (Filing No. 16).

        IT IS ORDERED that a scheduling conference with the
undersigned will be held on:

              **Tuesday, April 8, 2008, at 9:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th
Plaza, **OMAHA**, Nebraska,, to establish a final progression order
for this case.  The parties may participate by telephone by
notifying Judge Strom's office prior to said date.

        DATED this 25th day of March, 2008.

                              BY THE COURT:


                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court