IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FELIPE MAGANA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV487 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TYSON FRESH MEATS, INC.,** | ) | |
| a subsidiary of TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion for Enlargement of Time (Filing No. 28). Mr. Magana seeks additional time to seek substitute counsel. Mr. Magana did not specify how much time he believes is necessary. The court will grant Mr. Magana a reasonable period. Mr. Okolo has not yet been granted leave to withdraw. Therefore any additional filings from the plaintiff must be filed by his current legal counsel. The court will afford the plaintiff additional time to respond to Mr. Okolo's previous motion to withdraw and/or obtain substitute counsel. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion for Enlargement of Time (Filing No. 28) is granted.

2. The plaintiff shall have to **on or before August 21, 2008**, to respond to the motion to withdraw (Filing No. 25) by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, the plaintiff will be considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly regarding this case.

3. The Clerk of Court shall mail a copy of this order to the plaintiff at:

> Felipe Magana
> 2099 Hwy 275, Lot 1
> West Point, NE 68788

DATED this 17th day of July, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge