IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FELIPE MAGANA,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:07CV487** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TYSON FRESH MEATS, INC.,** | ) | |
| a subsidiary of **TYSON FOODS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jerome Okolo to withdraw as counsel for the plaintiff (Filing No. 25).[1] Mr. Okolo states he is relocating out of state to pursue opportunities outside the practice of law. On June 20, 2008, the court gave the plaintiff an opportunity to oppose the motion or obtain new counsel until July 21, 2008. **See** Filing No. 26. Mr. Magana sought and received an extension of time until August 21, 2008, to obtain substitute counsel or respond to Mr. Okolo's motion. **See** Filing No. 28. The plaintiff has not filed any additional response to the motion and no substitute counsel has yet entered an appearance. Accordingly,

**IT IS ORDERED:**

1. Jerome Okolo's motion to withdraw (Filing No. 25) is granted. The Clerk of Court shall discontinue any notice of this case to Mr. Okolo.

2. The plaintiff is hereby considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly regarding this case.

3. The Clerk of Court shall reassign this case to the pro se docket in accordance with General Order No. 2007-13.

---

[1] As a convenience, this document contains certain cross-document hyperlinks to documents previously filed in this case. The hyperlinked documents appear in blue underlined text. The hyperlinks may be accessed without PACER fees by use of the public computer terminal in the Clerk's office.

4. The Clerk of Court shall provide a copy of this order to the plaintiff at his last known address:

>Felipe Magana
>2099 Hwy 275, Lot 1
>West Point, NE 68788

DATED this 27th day of August, 2008.

>BY THE COURT:
>
>s/ Thomas D. Thalken
>United States Magistrate Judge