IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FELIPE MAGANA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV487 |
| | ) | |
| v. | ) | |
| | ) | |
| TYSON FRESH MEATS, INC., a | ) | ORDER |
| subsidiary of Tyson Foods, | ) | |
| Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 32).  Pursuant thereto,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 23rd day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court